## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

2013–0524.  State ex rel. Rodgers v. Pat Salmon & Sons, Inc.
Franklin App. No. 12AP–113, 2013-Ohio-284.

2013–0539.  Jainco Invests., L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2012–A–2196.

2013–0547.  Soyko Kulchytsky, L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2013–L–251.

2013–0574.  Jezek v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2010–Y–3831.

2013–0577.  State ex rel. McCormick v. McDonald's.
Franklin App. No. 11AP–902, 2013-Ohio-766.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

2012–2087.  Brooklyn City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2009–Q–3738.

2013–0278.  Health Care Reit, Inc. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, Nos. 2009–Q–1547, 2009–Q–1615, and 2009–Q–1616.

# CASE ANNOUNCEMENTS
*April 16, 2013*

[Cite as *04/16/2013 Case Announcements*, 2013-Ohio-1506.]

## MOTION AND PROCEDURAL RULINGS

In re Howard.
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. Howard has presented a motion for leave to reopen 28 cases.

It is ordered by the court that the motion for leave to reopen cases is denied.